

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2014

No. 04-13-00838-CV

**IN RE** Marguerite **BALAZS**

Original Mandamus Proceedings[1]

**ORDER**

On November 27, 2013, relator Marguerite Balazs filed a petition for writ of mandamus. The court has considered relator's petition, the response and reply of the parties, and has determined that relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Tom Rickhoff is ORDERED to sign an order vacating and declaring the March 12, 2013 order VOID. The writ will issue only if we are notified that Judge Rickhoff has not complied within ten days of the date of this order.

It is so **ORDERED** on February 19, 2014.

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of February, 2014.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2011-PC-4742, styled *In the Guardianship of Alice Marie Svensen Balazs, An Incapacitated Person*, pending in the Probate Court No. 2, Bexar County, Texas, the Honorable Tom Rickhoff presiding.